UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF13210 (rev 09/2012)

In re:

**Ricky Chesley Thompson**,
SSN: xxx–xx–5756    EIN: NA
   1440 W Private Road 690 N
   North Vernon, IN 47265

**Lavonna Marie Thompson**,
SSN: xxx–xx–3145    EIN: NA
   1440 W Private Road 690 N
   North Vernon, IN 47265
      Debtor(s).

Case No. **13–91928–BHL–13**

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN

A(n) Amended Chapter 13 Plan was filed on November 14, 2013, by Debtor Ricky Chesley Thompson and Joint Debtor Lavonna Marie Thompson. A copy of this document is attached.

NOTICE IS GIVEN that any objection to the Amended Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by December 12, 2013, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtors and the chapter 13 trustee.

If no objections are filed, the Court may confirm the amendedplan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  November 14, 2013

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court