**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Ricky Chesley Thompson** | : | **Case No.: 13-91928** |
| **Lavonna Marie Thompson** | : | **Chapter 13** |
| | : | **Judge Basil H. Lorch III** |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1, by and through its mortgage servicing agent Select Portfolio Servicing, Inc., | Household Finance Corporation III |
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

Phone: 614-220-5611
Last four Digits of Acct #: 2536

Name and Address where Transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
P.O. Box 65450
Salt Lake City UT 84165-0450

Phone: 614-220-5611
Last four Digits of Acct #: 2536

Court claim # (if known): 16
Amount of Claim
   Total Debt: $82,722.26
   Arrearage Portion: $16.58
Date Claim Filed: December 26, 2013

Phone:
Last Four Digits of Acct. #: 2732

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Sarah E. Willms            Dated: September 21, 2016

Penalty for making a false statement:  Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

16-024042_KAH1